**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JOHN E. DODDS, ADC # 132088                                                              PLAINTIFF

V.                                   CASE NO. 5:11CV00291 DPM/BD

CORRECTIONAL MEDICAL SERVICES, *et al.*                               DEFENDANTS

## ORDER

The Court has screened Mr. Dodds's second amended complaint (docket entry #23), as required by statute. 28 U.S.C. § 1915A  He has stated a claim against Dream Young, Dr. Jonak, Ms. York, Beverly Simmons, Dr. Ligget, Dr. Barnes, and Dr. Houston for acting with deliberate indifference to his serious medical needs. Accordingly, service for those Defendants is in order.

The Clerk of Court is directed to prepare a summons for these Defendants. The United States Marshal is directed to serve each Defendant with a copy of the complaint, the amended complaint, and the amended complaint along with any attachments (#2, #12, and #23), and a summons, without requiring prepayment of fees and costs or posting security.

Service for Defendants Young, Jonak, York, Simmons, Ligget, and Barnes should be through Correctional Medical Services, Inc., in care of Humphries & Lewis, P. O. Box 20670, White Hall, Arkansas 72612.  Service for Defendant Houston should be through

St. Vincent Infirmary, Two St. Vincent Circle, Little Rock, Arkansas 72205.

IT IS SO ORDERED this 6th day of March, 2012.

_____
UNITED STATES MAGISTRATE JUDGE