IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOHN E. DODDS
ADC # 132088                                                                                       PLAINTIFF

v.                     No. 5:11-cv-291-DPM-BD

CORRECTIONAL MEDICAL SERVICES;
DREAM YOUNG; JONAK; YORK; BEVERLY
SIMMONS; LIGGET; BARNES; HOUSTON; and
ST. VINCENT HEALTH SYSTEM                             DEFENDANTS

ORDER

Pursuant to Dodds's notice of change of address, *Document No. 35*, the Court directs the Clerk to mail copies of Magistrate Judge Deere's April 2nd Order and Partial Recommended Disposition, *Document Nos. 32 & 33*, to Dodds at his new East Arkansas Regional Unit address. Dodds's time to object to Judge Deere's partial recommended disposition is extended to 30 April 2012.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 April 2012