IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOHN E. DODDS
ADC # 132088                                                                PLAINTIFF

v.                          No. 5:11-cv-291-DPM-BD

CORRECTIONAL MEDICAL SERVICES;
DREAM YOUNG; JONAK; YORK; BEVERLY
SIMMONS; LIGGET; BARNES; HOUSTON; and
ST. VINCENT HEALTH SYSTEM                                    DEFENDANTS

ORDER

The Court has considered Magistrate Judge Beth Deere's proposed Partial Recommended Disposition, *Document No. 33*, and John Dodds's objection, *Document No. 44*. Having conducted a *de novo* review, the Court adopts Judge Deere's proposed result with a clarification on the reasoning. FED. R. CIV. P. 72(b)(3). Dodds's objection, which Judge Deere did not have, asserts a contract between St. Vincent and CMS. Assuming without deciding that this alleged contract exists and would make St. Vincent a state actor subject to § 1983, Dodds's claim against the hospital nonetheless still fails as a matter of law. Dodds's allegations about St. Vincent's lack of follow-up, and failure to replace Dr. Houston, at most create an issue of negligence, not

deliberate indifference. Dodds's claims against St. Vincent are therefore dismissed without prejudice.

So Ordered.

*DPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

<u>23 April 2012</u>