IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOHN E. DODDS
ADC # 132088                                                                      PLAINTIFF

v.                          No. 5:11-cv-291-DPM-BD

CORIZON, INC. f/k/a CORRECTIONAL
MEDICAL SERVICES, INC.; DREAM YOUNG;
JONAK; DEBORAH YORK; BEVERLY SIMMONS;
LIGGET; DR. SHIRLEY BARNES; and HOUSTON          DEFENDANTS

ORDER

The Court has considered Magistrate Judge Beth Deere's proposed Partial Recommended Disposition, *Document No. 57*. No one has objected. Having reviewed the proposal for clear errors of fact on the face of the record, FED. R. CIV. P. 72(b) (advisory committee notes to 1983 addition), and for legal error, the Court adopts the proposal as its own. Corizon's motion to dismiss, *Document No. 49*, is denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

1 June 2012