# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

JOHN E. DODDS
ADC # 132088                                                             PLAINTIFF

v.                          No. 5:11-cv-291-DPM-BD

CORIZON, INC. f/k/a CORRECTIONAL
MEDICAL SERVICES, INC.*; DREAM YOUNG;
JONAK; DEBORAH YORK; BEVERLY SIMMONS;
LIGGET; DR. SHIRLEY BARNES; and HOUSTON              DEFENDANTS

## ORDER

The Court has considered Magistrate Judge Beth Deere's proposed Partial Recommended Disposition, *Document No. 78*, and Dodds's objections, *Document No. 83*. Dodds's objections are relevant to his inadequate-medical-care claim, but he still has not met his burden on preliminary injunctive relief. *Winter v. Natural Resources Defense Council, Inc.*, 555 U.S. 7, 20–22 (2008). On *de novo* review, the Court adopts Judge Deere's proposal as its decision. FED. R. CIV. P. 72(b)(3). Dodds's motion for preliminary injunctive relief, *Document No. 65*, is denied.

---

*The Clerk is directed to update the docket to reflect that Correctional Medical Services is now known as Corizon, Inc.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

31 July 2012