# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JOHN E. DODDS,
ADC # 132088                                                             PLAINTIFF

v.                          No. 5:11-cv-291-DPM-BD

CORIZON, INC. f/k/a CORRECTIONAL
MEDICAL SERVICES, INC.; DREAM YOUNG;
JONAK; DEBORAH YORK; BEVERLY SIMMONS;
LIGGET; DR. SHIRLEY BARNES; and HOUSTON          DEFENDANTS

## ORDER

The Court has considered Magistrate Judge Beth Deere's recommended partial disposition, *Document No. 91*, and Dodd's objections, *Document No. 95*. Dodd objects that he did not fully understand the Court's prior Orders to produce the names and addresses for Defendants Jonak, Ligget, and Houston. Yet Dodd was warned over five months ago to provide this information and has unsuccessfully attempted to do so twice. On *de novo review*, the Court adopts Judge Deere's proposal as its decision. FED. R. CIV. P. 72(b)(3). Claims against Defendants Jonak, Ligget, and Houston are dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_5 September 2012_