IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOHN E. DODDS
ADC# 132088                                                                PLAINTIFF

v.                              No. 5:11-cv-291-DPM

CORIZON, INC. *et al.*                                                    DEFENDANTS

### ORDER

The Court has considered Magistrate Judge Beth Deere's partial recommended disposition, *Document No. 113*. No one has objected. Seeing no legal error or clear error of fact on the face of the record, FED. R. CIV. P. 72(b) (Advisory Committee notes to 1983 addition), the Court adopts the proposal as its own. Dodds's claims against Simmons are dismissed without prejudice for lack of service.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

15 November 2012