# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

JOHN E. DODDS
ADC # 132088                                                    PLAINTIFF

v.                       No. 5:11-cv-291-DPM-BD

CORIZON, INC. *et al.*                                         DEFENDANTS

### ORDER

The Court has considered Magistrate Judge Beth Deere's revised partial recommended disposition, *Document No. 129*. No one has objected. Seeing no legal error or clear error of fact on the face of the record, FED. R. CIV. P. 72(b) (Advisory Committee Notes to 1983 Addition), the Court adopts the proposal as its own. The defendants' motion for summary judgment, *Document No. 105*, is denied.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

8 January 2013