IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOHN E. DODDS
ADC # 132088                                                    PLAINTIFF

v.                          No. 5:11-cv-291-DPM-BD

CORIZON, INC. *et al.*                                         DEFENDANTS

### ORDER

The Court has considered Magistrate Judge Beth Deere's partial recommended disposition, № 159. No one has objected. Seeing no legal error or clear error of fact on the face of the record, FED. R. CIV. P. 72(b) (Advisory Committee Notes to 1983 Addition), the Court adopts the proposal as its own.* The defendants' motion for summary judgment, № 149, is granted. Dodds's claims against Corizon, Inc., Dream Redick-Young, Deborah York, and Dr. Shirley Barnes are dismissed without prejudice. His claims against Dr. Samuel Houston and Beverly Simmons remain.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

6 August 2013

---

*The typo in the last line of page 5 — 2009 should be 2008 — is corrected. The PRD correctly analyzed the limitations issue. № 159 at 2.