IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOHN E. DODDS
ADC # 132088                                                                    PLAINTIFF

v.                          No. 5:11-cv-291-DPM-BD

BEVERLY SIMMONS, CMS Administrator,
Pine Bluff Work Complex, and SAMUEL
HOUSTON, Dr., Urologist, St. Vincent Health
System                                                                           DEFENDANTS

## ORDER

Dodds has not objected to the partial recommended disposition, № 164. Seeing no legal error or clear error of fact on the face of the record, FED. R. CIV. P. 72(b), the Court adopts the proposal with a note. Dodds's claims against Simmons are dismissed without prejudice. The note: his claims against Corizon, Inc. were dismissed by previous order, № 162. Dr. Houston is now the sole Defendant in the case.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

3 January 2014