IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOHN E. DODDS
ADC # 132088                                                                         PLAINTIFF

v.                              No. 5:11-cv-291-DPM-BD

SAMUEL HOUSTON, Dr.,
St. Vincent Health System                                                           DEFENDANT

## ORDER

All parties have informed the Court that they believe this case will either be resolved by agreement or on motion. The Final Scheduling Order, № 154, is vacated. The 7 April 2014 trial is cancelled. An Amended Final Scheduling Order will issue. There will be a short window for discovery and a new dispositive-motion deadline, so that this older case can be resolved sooner rather than later. The Court requests that counsel make this matter a priority.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

13 March 2014