IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOHN E. DODDS
ADC # 132088                                                                                                             PLAINTIFF

v.                      No. 5:11-cv-291-DPM-BD

SAMUEL HOUSTON, Dr.,
St. Vincent Health System                                   DEFENDANT

### ORDER

Unopposed motion, № 169, granted. Dr. Houston may file Dodds's medical records under seal.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 July 2014