IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOHN E. DODDS
ADC # 132088                                                                                         PLAINTIFF

v.                                              No. 5:11-cv-291-DPM

CORIZON, INC. f/k/a CORRECTIONAL
MEDICAL SERVICES, INC.; DREAM
REDICK-YOUNG, CMS Administrator,
Ouachita Regional Correction Unit; DR.
JONAK, Ouachita Regional Correction Unit;
DR. DEBORAH YORK; BEVERLY SIMMONS,
CMS Administrator, Pine Bluff Work Complex;
DR. LIGGET, Ouachita Regional Unit;
DR. SHIRLEY BARNES; DR. SAMUEL
HOUSTON, Urologist, St. Vincent Health System;
and ST. VINCENT HEALTH SYSTEM                                            DEFENDANTS

JUDGMENT

Dodds's claims against St. Vincent Health System, Dr. Jonak, Dr. Ligget, Corizon, Inc., Dream Redick-Young, Dr. Deborah York, Dr. Shirley Barnes, and Beverly Simmons are dismissed without prejudice. № 45, 98, 162, & 165.

Dodds's claim against Dr. Houston is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

19 August 2014